**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

**FILED**
**CLERK**

1/22/2019 10:31 am

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

Latorshia  Curry,

           Plaintiff,

           -against-

Global Credit & Collection Corp.,

           Defendant.

Docket No: 2:17-cv-05209-JMA-SIL

## STIPULATION OF VOLUNTARY DISMISSAL
## PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

      **IT IS HEREBY STIPULATED AND AGREED** by and between the parties and/or their respective counsel(s) that, whereas no party in this action is an infant or incompetent, the above-captioned action is voluntarily dismissed with prejudice pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii) with each party to bear its respective attorney's fees and costs.

Dated: January 15, 2019

**PELTAN LAW, PLLC**

By:   /s David Peltan         
David Peltan, Esq.
128 Church Street
 East Aurora, New York 14052
Tel: (716) 374-5431
*Attorneys for Defendant*

**BARSHAY SANDERS, PLLC**

By:   /s Craig B. Sanders      
Craig B. Sanders
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel. (516) 203-7600
Email: *ConsumerRights@BarshaySanders.com*
Our File No: 113545
*Attorneys for Plaintiff*

      SO ORDERED.
      /s/ JMA, USDJ
      1/22/2019